UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

John Benson,

        Plaintiff,

Case No. 17-cv-3839 MJD/FLN

v.

ORDER

Family Tree Corporation et al,

        Defendants.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated October 2, 2017, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Plaintiff's motion for judgment on the pleadings and for an injunction/temporary restraining order (ECF No. 34) is **DENIED**.

DATED: October 27, 2017

        s/Michael J. Davis
        MICHAEL J. DAVIS
        United States District Court Judge